UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Quinton S. Grinnell, Civil No. 19-1281 (PJS/LIB)

Plaintiff,

vs.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Officer Charles Swiggum, et al.,

Defendants.

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Sterns County Defendants' Motion to Dismiss, [Docket No. 11], is **GRANTED;**
2. Plaintiff's claims as alleged against the Sterns County Defendants is **DISMISSED without prejudice**;
3. The Judicial Defendants' Motion to Dismiss, [Docket No. 20], is **GRANTED**;
4. Plaintiff's claims as alleged against the Judicial Defendants is **DISMISSED without prejudice**;
5. The Sauk Rapids Defendants' Motion to Dismiss, [Docket No. 31], is **GRANTED**;
6. Plaintiff's claims as alleged against the Sauk Rapids Defendants is **DISMISSED without prejudice**;
7. Defendant Ripplinger's Motion to Dismiss, [Docket No. 38], is **GRANTED**;

8. Plaintiff's claims as alleged against Defendant Ripplinger is **DISMISSED without prejudice**; and

9. Plaintiff's Complaint in its entirety be **DISMISSED without prejudice**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 4/21/20
At Minneapolis, Minnesota

s/Patrick J. Schiltz
Patrick J. Schiltz, Judge
United States District Court